IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUSAN GWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:17-cv-00662 |
| | ) Judge Trauger |
| UNUN LIFE INSURANCE COMPANY | ) |
| OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

The plaintiff has filed a Motion for Non-Suit Without Prejudice (Docket No. 10), to which the court is informed there is no opposition. The motion is therefore GRANTED, and this case DISMISSED without prejudice.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 16th day of May 2017.

_____
ALETA A. TRAUGER
U.S. District Judge