UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Susan Gwin

                        Plaintiff,

v.                                        Case No.: 3:17−cv−00662

Unum Life Insurance Company of America

                        Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/18/2017 re [11].

                                                      Keith Throckmorton, Clerk
                                                      s/ Angie Brewer, Deputy Clerk